**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>Dannol Jeremiah Benally,<br>　　　　　　　　Defendant. | CR-07-1407-PHX-NVW<br><br>ORDER OF DETENTION |

　　　Defendant was released on his own recognizance on March 28, 2008. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of his release on October 15, 2008. Defendant appeared before Magistrate Judge Michelle H. Burns on October 17, 2008. A detention and pretrial release revocation hearing was set for October 22, 2008 before Magistrate Judge Edward C. Voss.

　　　Counsel for defendant advises the Court that defendant wishes to waive his right to a hearing. The Court addressed defendant and advised defendant of his right to remain silent, to continued representation by counsel, to provide evidence on his behalf, and the government's obligation to prove that defendant violated at least one condition of release. Defendant advised he understood these rights and confirmed that he wanted to waive his right to a hearing.

　　　The Court deems the waiver a submission and based on the allegations in the petition, the Court finds that defendant violated at least one condition of release. Further, that defendant is unlikely to abide any condition or combination of conditions of release.

IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

DATED this 22nd day of October, 2008.

_____
Edward C. Voss
United States Magistrate Judge